IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| J.P. SCHUTZ | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 3:21-CV-1976 |
| v. | § | |
| | § | |
| CITY OF DALLAS, | § | |
| | § | |
| Defendant. | § | |

### STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)

Plaintiff J.P. Schutz and Defendant City of Dallas hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs. February 8, 2023.

Respectfully submitted,

*LYON, GORSKY & GILBERT, L.L.P.*

12001 North Central Expressway
Suite 650
Dallas, Texas 75243
Phone: (214) 965-0565
Fax:     (214) 965-0097
E-Mail: dwatsky@lyongorsky.com

By: */s/ David K. Watsky*
David K. Watsky
State Bar Number 20932600

**ATTORNEYS FOR PLAINTIFF**

CITY ATTORNEY OF THE CITY OF DALLAS

Christopher J. Caso, City Attorney
By: /s/ Jennifer A. Brissette
JENNIFER A. BRISSETTE
Assistant City Attorney
Texas State Bar No. 24045553
jennifer.brissette@dallascityhall.com
JENNIFER CARTER HUGGARD
Executive Assistant City Attorney
Texas State Bar No. 00792998
jennifer.huggard@dallascityhall.com
Dallas City Hall
1500 Marilla Street, Suite 7DN
Dallas, Texas 75201
Telephone: 214-670-3519
Facsimile: 214-670-0622

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 8, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                          */s/ David K. Watsky*
                                                          David K. Watsky